6.3.24

Russell Rounkehler
Affadavit o/o

FILED
IN CLERKS OFFICE
2024 JUN -3 PM 4: 22

I Russell V. Rounkehler asks this honorable court due to the political nature of this case, my ties to the Entertainment industry and possible relation to FDR as his bastard grandchild and having a conflict of interest and knowing personal friends of President Barrack OBAMA ask any judge appointed by him please make me aware or recuse. Thank you very much. Under the Pains of Perjury

X Russell V. Rounkehler Jr

14 Wallace St
Somerville MA
02144

617 645 9425