UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
RUSSELL V. ROUNBEHLER, JR.,         )
        Plaintiff,                  )
                                    )   Civil Action No.
        v.                          )   24-11461-NMG
                                    )
BUNKER HILL COMMUNITY COLLEGE,      )
et al.,                             )
        Defendants.                 )
                                    )
_____ )

ORDER

GORTON, J.

In a Memorandum and Order dated June 27, 2024, the Court informed Russell V. Rounbehler, Jr., that the complaint is subject to dismissal. At that time, the Court granted Rounbehler's motion for leave to proceed in forma pauperis, denied his emergency motion for temporary restraining order, and advised him that this action will be dismissed unless he files an amended complaint. The Court informed Rounbehler that failure to comply with the Order in 21 days will result in dismissal.

The time period for complying with the Court's Order has elapsed without any response from Rounbehler. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE.

So ordered.

Dated: 09/11/2024

_____
Nathaniel M. Gorton
United States District Judge